IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-152-1,6,12 |
| | : | |
| JESUS FELICIANO-TRINIDAD | : | |
| DEWAYNE QUINONES | : | |
| MAYCO ALVAREZ-JACKSON | : | |

## <u>ORDER</u>

AND NOW, this 10th day of January, 2023, upon consideration of Defendants' Motions

for Acquittal or a New Trial (ECF Nos. 546, 556, and 584) and the Government's response

thereto (ECF No. 588), and for the reasons stated in the accompanying Memorandum, it is hereby

ORDERED the Motions are DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.